IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY RICE,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1501 |
| | : | |
| **C/O KERNIZAN,** | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 17th day of January, 2025, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 20); Plaintiff Timothy Rice's "Motion Brief Opposing Defendant Motion to Dismiss or Alternative Summary Judgment" (ECF No. 23); Rice's "Motion for Schedule Conference" (ECF No. 31); and for the reasons stated in the Court's Memorandum, it is **ORDERED** that:

1.  The Clerk of Court is **DIRECTED** to amend the docket to reflect that the correct spelling of the Defendant's last name is "Kernizan."

2.  The Motion to Dismiss (ECF No. 20) is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

3.  The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4.  Rice's "Motion for Schedule Conference" (ECF No. 31) is **DENIED**.

5.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**